```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

IN RE:                                    CASE NO. 11-00921-SEK
SONIA FLECHA DELGADO
                                             CHAPTER 13

DEBTOR (S)


NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS


TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for Tue Mar 15, 2011 at 10:00 am has been continued to Mon Sep 12, 2011 at 2:00 pm at Ochoa Bldg., Tanca St., 1Fl., Comercio St. Entrance, San Juan PR 00901.

In San Juan, Puerto Rico this, Tuesday, August 16, 2011.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535

| | |
|---|---|
| 11-00921-SEK | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN, PR 00919-3677 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | SONIA FLECHA DELGADO<br>CIUDAD CRISTIANA<br>290 CALLE PERU<br>HUMACAO, PR 00791 |
| AUTORIDAD ENERGIA ELECTRICA<br>PO BOX 364267<br>SAN JUNA, PR 00936-3508 | CABLE TV<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | LCDO IGOR J DOMINGUEZ PEREZ<br>1225 PONCE DE LEON AVE STE 1105<br>SAN JUAN, PR 00907 |
| LIBERTY CABLEVISION-PR<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 | QUANTUM SERVICING<br>1 CORPORSATE DR STE 360<br>LAKE ZURICH, IL 60047 |
| QUANTUM SERVICING CORP<br>6302 E MLK BLVD SUITE 300<br>TAMPA, FL 33619 | UNEMPLOYMENT<br><br>, PR 00000 |
| UNV FIDELITY<br>PO BOX 941911<br>HOUSTON, TX 77094-8911 | |

| | |
|---|---|
| DATED: August 16, 2011 | OLGA SOSA<br>OFFICE OF THE CHAPTER 13 TRUSTEE |