Q-596

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. **11-921** M C F |
|---|---|
| **SONIA FLECHA DELGADO** | CHAPTER 13 |
| Debtor(s) | 11 USC 362 d(1) d(2) |
| **QUANTUM SERVICING, CORP. as agent of REO PROPERTIES CORP.** | Relief from stay for cause |
| Movant | |
| **SONIA FLECHA DELGADO** | |
| And Chapter 13 Trustee, **Jose Ramon Carrion Morales** Respondent(s) | |

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s)

You are hereby notified that on ___AUG 1 9 2011___ the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within **fourteen (14)** days from the service of this notice, and serve such answer upon movant or his attorney **Igor J. Dominguez Esq.**, whose address is **1225 Ponce de León, Suite 1105, San Juan, PR 00907-3945;** Tel. 787-250-0220 Fax. 787-250-0295, email igor@ijdlawpr.com.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then ___SEP 1 4 2011___ at 9:30 a.m./p.m., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., **300 Recinto Sur St., Floor 5th, Courtroom 5**, **Old San Juan. PR**, is fixed as the time and place for the preliminary and/or final hearing on such motion.

**María de los Angeles González, Clerk**
**United States Bankruptcy Court**

By: _____

Date of Issuance: AUG 2 4 2011