# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: SONIA FLECHA DELGADO

Bkrtcy. No. 11-00921-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Feb 07, 2011  
Meeting Date: Sep 12, 2011  
DC Track No. 03

Days from petition date: 217  
Meeting Time: 2:00 PM

910 Days before Petition: 8/11/2008  
☐ Chapter 13 Plan Date: Apr 07, 2011 Dkt.# 12  ☐ Amended.

This is debtor(s) _____ Bankruptcy petition.  
Plan Base: $37,050.00

This is the _____ Scheduled Meeting  
Confirmation Hearing Date: Oct 06, 2010  Time: 9:00 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:  
Ck/MO No. | Date | Amount  
Total Paid In: $1,050.00

### I. Appearances:
☐ Telephone ☐ Video Conference  ☐ Creditor(s) present: ☒ None.
- ☐ Debtor Present  ☐ ID & Soc. OK  ☐ Debtor Absent
- ☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present  — M. Vega
- ☐ Substitute attorney:  ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: ROBERTO FIGUEROA CARRASQUILL*  
Total Agreed: $3,000.00  Paid Pre-Petition: $246.00  Outstanding: $2,754.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☒ For Failure to appear.  ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.  Liquidation Value: TBD  
Commitment Period is ☐ 36 ☐ 60 months.  [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS  Plan confirmation.

§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS  
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Attorney stated they lost contact with client.

/s/ José R. Carrión  
Trustee

Presiding Officer

Page 1 of 1  Date: Sep 12, 2011