```
                        United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                        Case No. 11-00921-MCF
SONIA FLECHA DELGADO                                          Chapter 13
     Debtor
                             CERTIFICATE OF NOTICE
District/off: 0104-3          User: centenoa              Page 1 of 1         Date Rcvd: Sep 12, 2011
                              Form ID: pdf003             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2011.
db           +SONIA FLECHA DELGADO,    CIUDAD CRISTIANA,    290 PERU STREET,    HUMACAO, PR 00791-4852
cr           +QUANTUM SERVICING CORP,    6302 E MLK BLVD SUITE 300,    TAMPA, FL 33619-1166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 14, 2011**          **Signature:** *Joseph Speetjens*

```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                         THE DISTRICT OF PUERTO RICO

IN RE:

SONIA   FLECHA DELGADO              CASE NO. 11-00921 MCF
                                    Chapter 13

         Debtor(s)
QUANTUM SERVICING CORP,

         Movant

JOSE RAMON CARRION MORALES          FILED & ENTERED ON 09/12/2011
,TRUSTEE

         Respondent(s)
```

### ORDER

Upon respondent's failure to timely reply and oppose the motion for relief of stay filed by QUANTUM SERVICING CORP, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and P.R. LBR 4001-1, it is now,

ORDERED that the motion for relief of stay filed by QUANTUM SERVICING CORP, docket entry #25, be and is hereby granted by default, provided the debtor(s) is/are not covered by the Servicemember Civil Relief Act of 2003, Pub. L. No. 108-189, 177 Stat. 2835 (2003).

San Juan, Puerto Rico, this 12 day of September, 2011.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:    DEBTOR(S)
      ROBERTO  FIGUEROA CARRASQUILLO
      JOSE RAMON CARRION MORALES